UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRISTIAN MADELINE SMITH-KENNEDY,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF SOCIAL SERVICES, CLARK COUNTY, et al.,<br><br>Defendants. | Case No. 2:15-cv-00968-JAD-PAL<br><br>**ORDER**<br><br>(IFP Application – Dkt. #1) |

This matter is before the Court on Plaintiff Tristian Madeline Smith-Kennedy's Application to Proceed *In Forma Pauperis* (Dkt. #1) filed May 22, 2015. Plaintiff is proceeding in this action *pro se*. Plaintiff requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis* and submitted a Complaint (Dkt. #1-2). This matter was referred to the undersigned pursuant to 28 U.S.C. § 636(a) and Local Rules LR IB 1-3 and 1-9.

Plaintiff's Application is incomplete as she has only submitted the second page of the form. As a result, the Court cannot determine whether Plaintiff is eligible to proceed *in forma pauperis*.

Accordingly,

**IT IS ORDERED**:

1. Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. #1) is DENIED WITHOUT PREJUDICE.

2. The Clerk of Court shall mail Plaintiff a blank Application to Proceed *In Forma Pauperis* for non-incarcerated litigants.

3. The Clerk of Court shall retain Plaintiff's Complaint (Dkt. #1-2).

4. Plaintiff shall have until **July 13, 2015**, in which to file a completed Application to

Proceed *In Forma Pauperis*.

5. Alternatively, Plaintiff may pay the $350.00 filing fee no later than **July 13, 2015**.

6. Failure to comply with this Order will result in a recommendation to the District Judge that Plaintiff's Application to Proceed *In Forma Pauperis* be denied with prejudice.

Dated this 12th day of June, 2015.

                                                PEGGY A. LEEN
                                                UNITED STATES MAGISTRATE JUDGE