# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Tristan Madeline Smith-Kennedy, | Case No.: 2:15-cv-0968-JAD-PAL |
| Plaintiff | |
| v. | **Order Adopting Report and Recommendation [Doc. 3]** |
| Department of Social Services, Clark County, et al, | |
| Defendants | |

In June, Magistrate Judge Peggy Leen denied plaintiff Tristan Madeline Smith-Kennedy's incomplete application to proceed *in forma pauperis* and gave her until July 13, 2015, to file a new, complete application or pay the $350 filing fee. Doc. 2. The order warned plaintiff that if she did neither, the magistrate judge would recommend that the district judge dismiss this case without prejudice. *Id*. Plaintiff did not pay the fee or file a new application, and the Magistrate Judge entered a Report and Recommendation on July 20, 2015, recommending that I dismiss this case without prejudice. Doc. 3. Objections were due by August 6, 2015.

"[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Plaintiff has filed no objections. Accordingly, and with good cause appearing,

It is hereby ORDERED that Magistrate Judge Leen's Report and Recommendation **[Doc. 3]** is **ACCEPTED** and her findings and conclusions are adopted;

It is further ORDERED that plaintiff's complaint is **DISMISSED** without prejudice to plaintiff's ability to file a new action in which she either pays the filing fee or submits a completed *in forma pauperis* application. The Clerk of Court is instructed to CLOSE THIS CASE.

DATED August 10, 2015.

Jennifer A. Dorsey
United States District Judge